IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL J. GOODSON, III, ET AL.,)
    Plaintiffs, )
                         )
v.                              )   Civil Action No. 08-44
                         )
LAWRENCE O. MAGGI, ET AL., )
    Defendants. )

## ORDER

Plaintiff Daniel J. Goodson, III has appealed the non-dispositive order, dated July 29, 2008, entered by United States Magistrate Judge Lisa Pupo Lenihan [document #28]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this ___ day of August, 2008, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Lisa Pupo Lenihan,
    United States Magistrate Judge

    All parties of record