IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. GOODSON, III ) | |
| ) | Civil Action No. 08 - 44 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Gary L. Lancaster / |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| LAWRENCE O. MAGGI, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM ORDER

The complaint in the above captioned case was received by the Clerk of Court on January 10, 2008, and was referred to United States Magistrate Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 174), filed on August 31, 2008, recommended that the Motion to Dismiss (Doc. No. 65) filed by Defendants Washington County 27th Judicial District Court, Westmoreland County 10th Judicial District Court, Judge John Driscoll, and Judge Mark E. Mascara, be granted with prejudice. Service was made on the Plaintiff at S.C.I. Mahoney, GW 1171, 301 Morea Road, Frackville, PA 17932, and on counsel of record for the Defendants. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. Plaintiff filed Objections to the Report and Recommendation (Doc. No. 178) on September 11, 2009. After

review of the pleadings and the documents in the case, and the Report and Recommendation and the objections thereto, the following Order is entered:

AND NOW, this 14th day of September, 2009,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. No. 65) filed by Defendants Washington County 27th Judicial District Court, Westmoreland County 10th Judicial District Court, Judge John Driscoll, and Judge Mark E. Mascara, be **GRANTED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 174) of Magistrate Judge Lenihan, dated August 31, 2008, is adopted as the opinion of the Court.

BY THE COURT

GARY L. LANCASTER
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

All Counsel of Record
*Via Electronic Mail*

Daniel J. Goodson, III
GW1171
SCI Mahanoy
301 Morea Road
Frackville, PA 17932