## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. GOODSON, III, | )    Civil Action No. 08 - 44 |
| | ) |
| Plaintiff, | )    Chief Judge Lancaster |
| | )    Chief Magistrate Judge Lenihan |
| v. | ) |
| | ) |
| LAWRENCE O. MAGGI, *et al*., | )    ECF No. 297 |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Courts on January 11, 2008 and was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 297) filed on July 6, 2011, recommended that the Motion to Dismiss filed by Defendant Joseph Pelzer (Doc. No. 272) be granted. Service was made on all counsel of record and *pro se* Plaintiff Daniel J. Goodson, III. The parties were informed that in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Federal Rule of Civil Procedure 72(b)(2), and Local Rule of Court 72.D.2., the parties had fourteen (14) days from the date of service to file objections to the Report and Recommendation. No objections have been filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW,** this $27$ day of July, 2011,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. No. 272)

filed by Defendant Joseph Pelzer is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation

(Doc. No. 297) of Magistrate Judge Lenihan, dated July 6, 2011, is adopted as the Opinion of the

Court.

BY THE COURT

Honorable Gary L. Lancaster
Chief United States District Judge

cc:

All counsel of record
*Via Electronic Mail*

Daniel Goodson, III
1312 Woodmont Avenue
P.O. Box 303
New Kensington, PA 15068