IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL J. GOODSON, III, | ) | Civil Action No. 08 - 44 |
| Plaintiff, | ) ) | Chief Judge Lancaster |
| | ) | Magistrate Judge Lenihan |
| v. | ) | |
| LAWRENCE O. MAGGI, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### ORDER

AND NOW this 29th day of September 2011, after Plaintiff's failure to show cause why the remaining defendants in the above-captioned case should not be dismissed for failure to prosecute, IT IS HEREBY ORDERED that all claims against the remaining defendants, Tara V. Thompson, Gina M. Savko, Jeffrey Kramer, Esq., and La Plata County, are **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this **CASE CLOSED**.

BY THE COURT:

*/s/ Gary L. Lancaster*

Honorable Gary L. Lancaster
Chief United States District Judge

cc: All counsel of record
Via electronic filing

Daniel Goodson, III
1312 Woodmont Avenue
P.O. Box 303
New Kensington, PA 15068